**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 16-03953 SJO (FFMx)　　　**DATE:** September 27, 2016

**TITLE:** Shipping and Transit LLC v. Laneaxis, Inc. et al

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz　　　　　　　　　　　　　　　Not Present
Courtroom Clerk　　　　　　　　　　　　Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**　　**COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present　　　　　　　　　　　　　　Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case pursuant to 41(a)(1)(A)(ii) filed by Plaintiff [ECF # 21]. Accordingly, the Court Orders this matter dismissed pursuant to the STIPULATION to Dismiss Case .